ADAMS-FLANIGAN COMPANY, on Behalf of Itself and Other Creditors, Appellant, *v.* FRANCESCO DI DONATO et al., Defendants, and ANIELLO BASELICE, Respondent.

*Adams-Flanigan Co.* v. *Di Donato*, 180 App. Div. 342, affirmed.
(Submitted January 23, 1920; decided February 24, 1920.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 19, 1917, affirming a judgment in favor of defendant, respondent, entered upon a dismissal of the complaint by the court at Special Term, the case having been submitted upon an agreed statement of facts. The

action was brought under the Bulk Sales Act (L. 1914, ch. 507), the question being whether the plaintiff was a creditor of defendant, respondent, on the 9th day of September, 1915, when he sold and disposed of a certain junk business then owned by him, within the meaning of the act.   The said defendant was accommodation indorser on a series of promissory notes payable at different times, some of which became payable after he sold his business. The trial court held that the liability of the defendant was, at the time of the sale, contingent, except as to the notes which were then due and unpaid, and contingent liabilities are not covered by the act.

*J. Philip Van Kirk* and *John Kadel* for appellant.
*William Greenthal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ELKUS, JJ.